138 So. 918

### A. E. SHAMBURGER v. R. P. TARTT.

2 Div. 993.

Supreme Court of Alabama.

Dec. 17, 1931.

Jas. R. McDaniel and Geo. Miller, both of Livingston, for appellant.

Jas. A. Mitchell, of Livingston, for appellee.

PER CURIAM.

Appeal dismissed.

140 So. 923

### Ex parte STATE ex rel. Ben JAFFE et al.

6 Div. 119.

Supreme Court of Alabama.

Feb. 23, 1932.

Jas. H. Bradford and Richard H. Fries, both of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

139 So. 908

### Robert STRICKLAND v. STATE.

3 Div. 956.

Supreme Court of Alabama.

Jan. 28, 1932.

Luther Patrick, of Birmingham, for appellant.

Thomas E. Knight, Jr., Atty. Gen., for the State.

BROWN, J.

The appellant was convicted of the offense of robbery, and has appealed from the judgment of conviction, on the record, without a bill of exceptions.

The record has been examined, and is in all things regular and free from error. There-fore a judgment will be entered here affirming the judgment of conviction.

It is so ordered by the court.

Affirmed.

All the Justices concur.

138 So. 919

### UNITED STATES FIDELITY & GUARANTY CO. et al. v. J. M. KOONCE et al.

4 Div. 616.

Supreme Court of Alabama.

Dec. 31, 1931.

Farmer, Merrill & Farmer, of Dothan, for appellants.

Sollie & Sollie, of Ozark, and W. L. Lee and T. M. Espy, both of Dothan, for appellees.

PER CURIAM.

Appeal dismissed by agreement of parties.

139 So. 909

### UNITED STATES FIDELITY & GUARANTY CO. v. PIKE ROAD LUMBER CO.

3 Div. 980.

Supreme Court of Alabama.

Jan. 14, 1932.

PER CURIAM.

Appeal dismissed.

140 So. 923

### J. P. WATSON v. Thelma Nash WATSON.

4 Div. 602.

Supreme Court of Alabama.

March 31, 1932.

W. O. Mulkey and E. C. Boswell, both of Geneva, for appellant.

O. S. Lewis, of Dothan, and Carmichael & Tiller, of Geneva, for appellee.

FOSTER, J.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.